1
2
3
4
5
6
7

8      **UNITED STATES DISTRICT COURT**

9      **EASTERN DISTRICT OF CALIFORNIA**

10     **Fresno Division**

11

12     BRYAN E. RANSOM,                          Civil No.      1:08cv1327 DMS (AJB)
       CDCR #H-71641,
13
                                      Plaintiff,
14                                                **ORDER SETTING BRIEFING**
                                                  **SCHEDULE RE DEFENDANTS'**
                        vs.                       **MOTION TO DISMISS**
15                                                **AND SUBMITTING MATTER**
                                                  **FOR DETERMINATION**
16     J.R. WESTPHAL, et al.,                     **WITHOUT ORAL**
                                                  **ARGUMENT**
17
                                    Defendants.
18

19         Plaintiff, a state inmate currently incarcerated at California State Prison in Corcoran,

20     California, filed an Amended Complaint on February 12, 2009, pursuant to 42 U.S.C. § 1983.

21     (Doc. No. 16.)  Plaintiff is pro se and has been granted leave to proceed *in forma pauperis*

22     pursuant to 28 U.S.C. § 1915(a).

23         On June 15, 2009, Defendants Thissen, Mounce, Holland and Hough filed a Motion to

24     Dismiss pursuant to FED.R.CIV.P. 12(b)(6). (Doc. No. 22.)  Defendants seek dismissal of this

25     action on grounds that it is barred by the statute of limitations.

26         Plaintiff was required to file either an opposition or a statement of non-opposition "not

27     more than eighteen (18) days, plus three days for mailing ... after the date" he was served with

28     the motion.  E.D. CAL. CIV. L.R. 78-230(m).  Because failure to respond "may be deemed a

1   waiver of any opposition to the granting of the motion and may result in the imposition of

2   sanctions," the court hereby notifies Plaintiff of his responsibilities under Local Rule 78-230(m),

3   and re-sets the following briefing schedule:

4         1)     Plaintiff, if he chooses, may file an Opposition or a Statement of Non-opposition

5                 to Defendants' Motion (Doc. No. 22) and serve it upon Defendants' counsel of

6                 record no later than **Tuesday, October 13, 2009.**

7         2)     Defendants may file a Reply to Plaintiff's Opposition, and serve it upon Plaintiff

8                 no later than **Tuesday, October 20, 2009.**

9      At that time, the Court will consider that matter fully briefed and will thereafter issue its

10  written Order in due course and without hearing or oral argument.  *See* E.D. CAL. CIV.L.R. 78-

11  230(m).

12  **IT IS SO ORDERED.**

13  DATED:  September 17, 2009

14

15                                   HON. DANA M. SABRAW

16                                   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28