UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRYAN E. RANSOM,<br>CDCR #H-71641,<br><br>                              Plaintiff,<br><br>vs.<br><br>JR. WESTPHAL, et al.,<br><br>                              Defendants. | Civil No.   1:08-1327 DMS (AJB)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S IFP STATUS AND DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[Doc. No. 34]** |

Plaintiff, proceeding *pro se* and *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a), is a state inmate currently incarcerated at California State Prison in Corcoran, California. Jury trial has been set on Plaintiff's First Amended Complaint pursuant to a scheduling order dated December 21, 2009. [Doc. No. 32] Before the Court is Defendants' Motion to Revoke Plaintiff's IFP Status and to Dismiss the Case pursuant to 28 U.S.C. § 1915(g) (prohibiting IFP status for an inmate, such as Plaintiff, who has previously filed three actions that have been dismissed as frivolous, malicious or failed to state a claim). [Doc. No. 34]

///

Plaintiff shall file and serve his opposition to the motion <u>no later than January 28, 2010</u>. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion. The moving party may serve and file a reply to the opposition <u>no later than February 4, 2010</u>, at which time the matter will be taken under submission without oral argument.

**IT IS SO ORDERED.**

DATED:  December 29, 2009

HON. DANA M. SABRAW
United States District Judge

CC:    HONORABLE MAGISTRATE JUDGE ANTHONY J. BATTAGLIA
       ALL PARTIES AND COUNSEL OF RECORD