**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BRYAN E. RANSOM,<br>CDCR #H-71641,<br><br>    Plaintiff,<br><br>        vs.<br><br>JR. WESTPHAL, R. MOUNCE, K. HOLLAND, E. HOUGH, and D. THISSEN,<br><br>    Defendants. | Civil No.   1:08-1327 DMS (AJB)<br><br>**ORDER DISMISSING ACTION** |

On April 14, 2010, this Court issued an Order granting Defendants' Motion to Revoke Plaintiff's *in forma pauperis* ("IFP") status pursuant to 28 U.S.C. § 1915(g). *See* Apr. 14, 2010 Order at 6. Plaintiff was given forty five (45) days leave to pay the entire $350 filing fee to the Clerk of Court as required by 28 U.S.C. § 1914(a). Plaintiff was cautioned that if he failed to pay the filing fee in this time frame, his action would be dismissed. *Id.* That time has since passed and Plaintiff has failed to pay the initial civil filing fee required to proceed with this action.

///

1  Accordingly, this action is **DISMISSED** for failing to pay the initial civil filing fee
2  pursuant to 28 U.S.C. § 1914(a).
3  The Clerk of Court shall close the file.

5  **IT IS SO ORDERED.**

7  DATED: June 7, 2010

   _____
   HON. DANA M. SABRAW
   United States District Judge