UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan E. Ransom<br>CDCR #H-71641<br>              Plaintiff,<br>v.<br>J.R. Westphal, et. al.,<br>              Defendants. | Civil No. 08cv1327 DMS (AJB)<br><br>**ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE** |

Due to a conflict in the Court's calendar, the November 5, 2010, telephonic Mandatory Settlement Conference is hereby continued to ***November 12, 2010 at 10:00 a.m.*** before Judge Anthony J. Battaglia. In cases where a party is <u>**incarcerated**</u> at the time of the scheduled conference, **counsel for Defendants shall make arrangements** for the incarcerated party to appear telephonically. Defense counsel is ordered to initiate a joint call to chambers on the day and at the time indicated above to (619) 557-3446.

IT IS SO ORDERED.

DATED: September 16, 2010

*[signature]*
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court