UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan E. Ransom<br>CDCR #H-71641<br>　　　　Plaintiff,<br>v.<br>J.R. Westphal, et. al.,<br>　　　　Defendants. | Civil No. 08cv1327 DMS (AJB)<br>**ORDER VACATING MANDATORY SETTLEMENT CONFERENCE** |

The Court inadvertently scheduled a Mandatory Settlement Conference in the above entitled action. The case is now closed and the November 15, 2010 Mandatory Settlement Conference is herewith vacated.

IT IS SO ORDERED.

DATED: September 16, 2010

　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　United States District Court